LAUREL I. HANDLEY (NV Bar #009576)
GREGG A. HUBLEY (NV Bar #007386)
PITE DUNCAN, LLP
701 Bridger Avenue, Suite 700
Las Vegas, NV 89101
Telephone: (702) 991-4628
Facsimile: (702) 685-6342
<u>MAILING ADDRESS</u>
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 326-2430
E-mail: Ghubley@piteduncan.com

Attorneys for Defendant GMAC MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAURA ESTELLA,<br><br>Plaintiff,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., a New York Corporation, GMAC, a Delaware Corporation, MORTGAGE ELECTRONIC REGISTRATION SERVICES [SYSTEMS], a Delaware Corporation, EXECUTIVE TRUSTEE SERVICES, LLC, a California Corporation, All Persons Unknown Claiming Any Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title or Any Cloud on Plaintiff's Title; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-01309-PMP-VCF<br><br>**ORDER GRANTING GMAC MORTGAGE, LLC'S MOTION TO EXPUNGE LIS PENDENS** |

The Court finds that on July 25, 2011, Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on July 25, 2011, in the Official Records of the Clark County, Nevada Recorder's Office as Instrument No. 201107250002778. (<u>See</u>, Notice of Lis Pendens, attached hereto as **Exhibit 1**.)

The Court further finds that on December 19, 2011, the Court granted GMACM's Motion to Expunge the Lis Pendens.

/././

-1-
[PROPOSED] ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS

Upon consideration of GMACM's request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants GMACM its requested relief and rules as follows:

**IT IS HEREBY ORDERED** that the Lis Pendens recorded on July 25, 2011, in the Official Records of the Clark County, Nevada Recorder's Office as Instrument No. 201107250002778 be CANCELED, RELEASED and EXPUNGED.

**IT IS FURTHER ORDERED** that GMACM record a certified copy of this Order in the Official Records of the Clark County, Nevada Recorder's Office within a reasonable amount of time from the date of this Order's issue.

DATED this 21st day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
PITE DUNCAN, LLP

_____
LAUREL I. HANDLEY
GREGG A. HUBLEY
*Attorneys for Defendant GMAC MORTGAGE, LLC*

# EXHIBIT 1

# EXHIBIT 1

Inst #: 201107250002778
Fees: $17.00
N/C Fee: $0.00
07/25/2011 04:15:56 PM
Receipt #: 855882
Requestor:
SAURA ESTELLA
Recorded By: MGM   Pgs: 4
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

## RECORDING COVER PAGE



Must be typed or printed clearly in black ink only.

**APN#** __125-08-318-022__

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

__NOTICE OF LIS PENDENS__

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

Saura M. Estella

**Return to:**

**Name** __Sheila Stuppy__

**Address** __8832 Tumblewood Ave__

**City/State/Zip** __Las Vegas, NV 89143__

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

```
                                                    FILED
                                                JUL 25  2 27 PM '11

                                                ⎧⎯⎯⎯⎯⎯⎯⎯⎯
                                                CLERK OF THE COURT
```

1  Saura M. Estella – **Pro Se**
2  7545 Oso Blanca Pkwy, Unit 4181
   Las Vegas, NV 89149
3  (702)493-2983
4
5                    **DISTRICT COURT**
6                  **CLARK COUNTY NEVADA**
7
8  Saura M Estella                    )
           **Plaintiff,**              )
9                                     )
10 vs.                                 )    **Case No:**   A-11-634329-C
                                       )    **Dept:**         23
11 GMAC MORTGAGE LLC                   )
12                                     )
           **Defendant**               )    **NOTICE OF LIS PENDENS**
13                                     )

14       **NOTICE IS HEREBY GIVEN** that an action has been commenced and is pending in
15 the above entitled court upon a Complaint of the above named Plaintiff against the above
16 named Defendant. The complaint alleges a real property claim affecting real property located in
17 the County of Clark, State of Nevada,
18 **Street Address:**     8832 Tumblewood Ave
19                         Las Vegas, NV 89143
   **Assessor Parcel #**   125-08-318-022
20 **Legal Description:**  SPRING MOUNTAIN RANCH-UNIT 19
21                         PLAT BOOK 83 PAGE 66
                           LOT 496 BLOCK 15
22                         SEC 08 TWP 19 RNG 6
23       The subject of Plaintiffs action in the above entitled action is for injunctive and
24 declaratory relief, for the defendants Intentional Misrepresentation, Negligent
25 Misrepresentation, Fraudulent Concealment, Violations of Truth-In-Lending Act, Violation of
26 Real Estate Settlement Practices Act, Violations Of State Statutes, Violation Of The National
27 Housing Act, Quit Title Against All Defendants, and Violations Of Fair Credit Reporting Act
28 against me the Plaintiff.

**RESPECTFULLY SUBMITTED** this 25 day of July, 2011 by

*[signature: Saura Estella]*

Saura M. Estella – **Pro Se**
7545 Oso Blanca Pkwy, Unit 4181
Las Vegas, NV 89149
(702) 493-2983

Saura M. Estella – **Pro Se**
7545 Oso Blanca Pkwy, Unit 4181
Las Vegas, NV 89149
(702)493-2983

## DISTRICT COURT
## CLARK COUNTY NEVADA

| | | |
|---|---|---|
| Saura M Estella | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No:**    A-11-634329-C |
| | ) | **Dept:**        23 |
| GMAC MORTGAGE LLC | ) | |
| | ) | |
|     **Defendant** | ) | **CERTIFICATE OF SERVICE** |

    I certify that I served a copy of the **NOTICE OF LIS PENDENS** to the GMAC MORTGAGE LLC, Attorney for the Plaintiff, PITE DUNCAN LLP, ALLISON R SCHMIDT. GREG H HUBBLEY Mailing Address: P.O. Box 17934 San Diego, CA 92177-0934 by United States Mail, postage pre-paid on July 25 2011.

    I state that the forgoing is true to the best of my own knowledge, sworn under the penalties of perjury, in the State of Nevada.

EXECUTED, this 25 day of July 2011

_/s/ Saura Estella_
Saura M. Estella – **Pro Se**
7545 Oso Blanca Pkwy, Unit 4181
Las Vegas, NV 89149
(702)493-2983